UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | |
|---|---|
| SABRINA LUCERO, DONOVAN MCCLURE, and KARIANE AMPARAN, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>- vs. -<br><br>HORIZON LAND MANAGEMENT, LLC, and RYAN HOTCHKISS,<br><br>Defendants. | Case No.: 1:25-cv-00903- JKB |

### [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR CONDITIONAL CLASS CERTIFICATION

Presently before the Court is Plaintiffs Sabrina Lucero, Donovan McClure, and Kariane Amparan's motion for conditional certification of a nationwide collective under the Fair Labor Standards Act ("FLSA"), filed on behalf of themselves and all others purported to be similarly situated (the "Motion"). (Dkt. 23).

Having duly reviewed and considered the parties' respective submissions, it being it being in the interests of justice and for good cause having been shown, the Motion is DENIED. It is therefore **ORDERED** that:

1. Conditional certification is denied in full, with prejudice.

2. The parties shall proceed with the litigation of Plaintiffs' individual claims pursuant to the Federal Rules of Civil Procedure.

**SO ORDERED** this \_\_\_\_ day of August, 2025

_____
Hon. James K. Bredar
United States District Judge