IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
*Northern Division*

SABRINA LUCERO, *et al.*,
on behalf of themselves and those similarly situated,

Plaintiffs,

v. Case No: 25-cv-00903-JKB

HORIZON LAND MANAGEMENT, LLC, *et al*

Defendants.

**FLSA CONSENT FORM**

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff and member of the Collective in the case against Defendants which is an action to recover unpaid overtime wages pursuant to the Fair Labor Standards Act, known as *Lucero et al. v. Horizon Land Management, LLC et al.*, Case No. 25-cv-00903-JKB (or, if due to unforeseen procedural matters, any subsequent related suit). By my signature below, I designate the Named Plaintiffs and their attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorneys' fees, costs, and all other matters in this lawsuit. I understand that while I have the right to choose other counsel and pursue my claims on my own behalf, I choose to be represented by counsel from Leventhal Swan Taylor Temming PC and other attorneys with whom they may associate.

NAME: Heather Thompson

MAILING ADDRESS: 5 Pearl Street Johnstown Ny 12095 United States

EMAIL: wrightheather0228@yahoo.com TELEPHONE: ( 518 ) 774-1954

YOUR SIGNATURE: [signature] DATE: 04/30/2026

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
*Northern Division*

SABRINA LUCERO, *et al.*,
on behalf of themselves and those similarly situated,

Plaintiffs,

v. Case No: 25-cv-00903-JKB

HORIZON LAND MANAGEMENT, LLC, *et al*

Defendants.

## FLSA CONSENT FORM

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff and member of the Collective in the case against Defendants which is an action to recover unpaid overtime wages pursuant to the Fair Labor Standards Act, known as *Lucero et al. v. Horizon Land Management, LLC et al.*, Case No. 25-cv-00903-JKB (or, if due to unforeseen procedural matters, any subsequent related suit). By my signature below, I designate the Named Plaintiffs and their attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorneys' fees, costs, and all other matters in this lawsuit. I understand that while I have the right to choose other counsel and pursue my claims on my own behalf, I choose to be represented by counsel from Leventhal Swan Taylor Temming PC and other attorneys with whom they may associate.

NAME: David Urquiza

MAILING ADDRESS: 127 coyoto bend seguin Texas 78155

EMAIL: davidu78155@icloud.com TELEPHONE: ( 830 ) 2438339

YOUR SIGNATURE: [signature] DATE: May 3 2026

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | | |
|---|---|---|
| SABRINA LUCERO, *et al.*,<br>on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HORIZON LAND MANAGEMENT, LLC, *et al*<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No: 25-cv-00903-JKB |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## FLSA CONSENT FORM

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff and member of the Collective in the case against Defendants which is an action to recover unpaid overtime wages pursuant to the Fair Labor Standards Act, known as *Lucero et al. v. Horizon Land Management, LLC et al.*, Case No. 25-cv-00903-JKB (or, if due to unforeseen procedural matters, any subsequent related suit). By my signature below, I designate the Named Plaintiffs and their attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorneys' fees, costs, and all other matters in this lawsuit. I understand that while I have the right to choose other counsel and pursue my claims on my own behalf, I choose to be represented by counsel from Leventhal Swan Taylor Temming PC and other attorneys with whom they may associate.

NAME: Miranda Augustana Smith

MAILING ADDRESS: 5825 Karen ST, Ooltewah, TN 37363

EMAIL: miranda.a.smith@protonmail.com TELEPHONE: ( 256 ) 200-1399

YOUR SIGNATURE: Miranda Smith DATE: 04/30/2026

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
*Northern Division*

SABRINA LUCERO, *et al.*,
on behalf of themselves and those similarly situated,

Plaintiffs,

v.

HORIZON LAND MANAGEMENT, LLC, *et al*

Defendants.

Case No: 25-cv-00903-JKB

## FLSA CONSENT FORM

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff and member of the Collective in the case against Defendants which is an action to recover unpaid overtime wages pursuant to the Fair Labor Standards Act, known as *Lucero et al. v. Horizon Land Management, LLC et al.*, Case No. 25-cv-00903-JKB (or, if due to unforeseen procedural matters, any subsequent related suit). By my signature below, I designate the Named Plaintiffs and their attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorneys' fees, costs, and all other matters in this lawsuit. I understand that while I have the right to choose other counsel and pursue my claims on my own behalf, I choose to be represented by counsel from Leventhal Swan Taylor Temming PC and other attorneys with whom they may associate.

NAME: Meghan Smith

MAILING ADDRESS: 2 Moonglow Road Wilton NY 12831

EMAIL: msmith.2408@yahoo.com TELEPHONE: ( ) 518-832-0989

YOUR SIGNATURE: [signature] DATE: 5/2/26