IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
*Northern Division*

SABRINA LUCERO, an individual,
*Pueblo County, CO*

DONOVAN MCCLURE, an individual,
*Pueblo County, CO*

KARIANE AMPARAN, an individual,
*Fremont County, CO*

on behalf of themselves and those similarly situated,

Plaintiffs,

v.

HORIZON LAND MANAGEMENT, LLC,
a Maryland limited liability company, and
*Anne Arundel County, MD*

RYAN HOTCHKISS, an individual,
*Anne Arundel County, MD*

Defendants.

Case No: **25-cv-00903-JKB**

## PLAINTIFFS' MOTION TO SUBSTITUTE COUNSEL

Plaintiffs Sabrina Lucero, Donovan McClure, and Kariane Amparan, individually and on behalf of those similarly situated (collectively "Plaintiffs"), by and through their counsel, hereby request this Honorable Court grant their Motion to Substitute Counsel. Plaintiffs request to substitute Philip C. Federico (Fed ID No. 01216), A. Wray Fitch IV (Fed ID No. 19722), Brent P. Ceryes (Fed ID No. 19192), and Benjamin I. Herskovitz (Fed ID No. 20928), all of Brockstedt Mandalas Federico LLC, in place of Vincent Z. Viruni (Fed ID No. 20414) of Viruni Law, and request that this Court permit the Brockstedt Mandalas Federico attorneys to enter their appearances on behalf of the Plaintiffs and terminate Mr. Viruni's representation. In support of

their Motion, Plaintiffs state the following:

1. The Plaintiffs are currently represented in this matter by Andrew E. Swan, Esq. and Samuel D. Engelson, Esq. of Leventhal Swan Taylor Temming PC; and Vincent Z. Viruni, Esq. of Viruni Law.

2. Vincent Z. Viruni of Viruni Law has advised counsel from Leventhal Swan Taylor Temming PC that he is unable to continue in the representation of the Plaintiffs in this matter.

3. The Plaintiffs move to substitute Mr. Viruni with the following attorneys from the law firm of Brockstedt Mandalas Federico LLC:

Philip C. Federico, Fed ID No. 01216, pfederico@lawbmf.com;

A. Wray Fitch IV, Fed ID No. 19722, wfitch@lawbmf.com;

Brent P. Ceryes, Fed ID No. 19192, bceryes@lawbmf.com;

Benjamin I. Herskovitz, Fed ID No. 20928, bherskovitz@lawbmf.com.

4. Brockstedt Mandalas Federico LLC is law firm with a Maryland office located at 2850 Quarry Lake Drive, Suite 220, Baltimore, Maryland 21209, and a telephone number of (410) 421-7777.

5. The named Plaintiffs have consented to this substitution.

6. Pursuant to the FLSA consent form, the Party Plaintiffs have delegated their decisions regarding the manner and method of conducting this litigation to the named Plaintiffs and have consented "to be represented by counsel from by Leventhal Swan Taylor Temming PC and other attorneys with whom they may associate." Consistent with the consent form, Plaintiffs' counsel requests substitution of counsel for Kimberly Cox (ECF 41), Kelly Novak (ECF 50), Thomas Lee (ECF 52), Brooke Banker (ECF 53), Patricia Columbo (ECF 54), Amelia Ramage (ECF 56), David Rogers (ECF 59), Geoffrey Hieb (ECF 61), Hilbert Alcala (ECF 63), Terri

McDaniel (ECF 79), Dana Hughes (ECF 80), Jeremy Sines (ECF 81), Maurice Edwards (ECF 82), Anthony Wilston (ECF 83), Jayson Bagwell (ECF 84), Heather Thompson (ECF 85), David Urquiza (ECF 85), Miranda Smith (ECF 85), Meghan Smith (ECF 85), Sicily Consiglio (ECF 86), Richard Vinton (ECF 86), Bailye Brummett (ECF 87), Douglas Crom (ECF 90), Brandi Crom (ECF 90), Chimeyia Seegers (ECF 90), Tara Craven (ECF 91), and Charles Cullers (ECF 92).

7. Andrew E. Swan, Esq. and Samuel D. Engelson, Esq. of Leventhal Swan Taylor Temming PC will continue representing the Plaintiffs in this action and Brockstedt Mandalas Federico LLC is prepared to meet all upcoming deadlines and act as local counsel in this matter.

8. This substitution is beneficial to Plaintiffs, and those similarly situated, as Brockstedt Mandalas Federico LLC has significant experience representing plaintiffs in class actions and other complex litigation matters.

9. This substitution does not prejudice Defendants.

10. Vincent Z. Viruni, Esq. of Viruni Law consents to this substitution.

11. The parties have conferred, and there is no objection to the proposed substitution.

As such, Plaintiffs respectfully request that this Court grant the proposed substitution, permit entry of appearances by Philip C. Federico, A. Wray Fitch IV, Brent P. Ceryes, and Benjamin I. Herskovitz of Brockstedt Mandalas Federico LLC, and terminate Vincent Z. Viruni of Viruni Law as counsel of record upon entry of the order.

Respectfully submitted this 4th day of June, 2026.

*/s/ Vincent Z. Viruni*

Vincent Z. Viruni (Maryland Bar No. 20414)
Viruni | Law
137 National Plaza, Suite 300
National Harbor, MD 20745
Phone: (866) 405-1615
Fax: (866) 321-1102
Email: vviruni@virunilaw.com

*/s/ Philip C. Federico*
Philip C. Federico (Fed ID No. 01216)
A. Wray Fitch IV (Fed ID No. 19722)
Brent P. Ceryes (Fed ID No. 19192)
Benjamin I. Herskovitz (Fed ID No. 20928)
**Brockstedt Mandalas Federico LLC**
2850 Quarry Lake Drive, Suite 220
Baltimore, MD 21209
Phone: (410) 421-7777
Fax: (443) 241-7122
Email: pfederico@lawbmf.com
wfitch@lawbmf.com
bceryes@lawbmf.com
bherskovitz@lawbmf.com

*/s/ Samuel D. Engelson*
Andrew E. Swan (Colorado Bar No. 46665)
Samuel D. Engelson (Colorado Bar No. 57295)
LEVENTHAL SWAN TAYLOR TEMMING PC
3773 Cherry Creek North Drive, Suite 710 - West
Denver, CO 80209
Phone: (720) 699-3000
Fax: (866) 515-8628
Email: aswan@lstt.law
sengelson@lstt.law

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of June, 2026, a true copy of the foregoing Motion to Substitute Counsel was filed via the Court's electronic filing service to all counsel of record in this matter.

*/s/ Philip C. Federico*
Philip C. Federico (Fed ID No. 01216)